**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FACTOR2 MULTIMEDIA SYSTEMS, LLC  |
                         Plaintiff  |
    v.                              |
                                    |       Civil Action No. 1:24-cv-133-RC
TIKTOK INC.,  and                   |
BYTEDANCE LTD                       |
                         Defendants |
_____|

**MOTION TO EXTEND TIME TO SERVE COMPLAINT**

Plaintiff Factor2 Multimedia Systems, LLC, by its undersigned counsel, hereby requests

that the time to serve the Complaint in this matter be extended by 70 days.

The Original Complaint, asserting five patents was filed on January 16, 2024.

Defendants TikTok and its parent company ByteDance were served at their place of business at:

1255 Union Street, NE, Washington DC, 20002, on January 23 at which time the representative

for Defendants "stated the company is just moving in the building and there is no one from legal

there to accept the documents."   Defendants were served again on March 21 at their offices in

DC, this time Defendants "stated all employees present at the location are all contractors and can

not be served, she said the company can only be served at there branch in New York."

Defendants were properly served twice in DC, but refused service both times.

A Certificate of refusal of service was obtained from the process servers, ABC Legal.

At the request of Defendants, Plaintiff again attempted service at the New York

Headquarters of Defendants at: 151 W 42nd Street, New York, New York 10036, on April 4,

2024.  Defendants again refused service.

A second Certificate of non-service was obtained from the process servers, ABC Legal.

(See Exhibit A.)

On June 17, Plaintiff filed an Amended Complaint, adding a sixth patent and has re-engaged the process servers to serve the Original Complaint and the Amended Complaint on Defendants' registered agent in Washington, DC: Corporation Service Company, 1090 Vermont Avenue, NW ,Washington, DC, 20005.

Plaintiff requests that Service of the Complaint and Amended Complaint be extend by 70 days to June 24, 2024.  No prejudice will come to Defendants as a result of this extension.


June 16, 2024                                          Respectfully Submitted:

                                                       /s/ Joseph J. Zito
                                                      Joseph J. Zito
                                                      DNL ZITO
                                                      1250 Connecticut Avenue, NW, Suite 700
                                                      Washington, DC 20036
                                                      (202) 466-3500
                                                      jzito@dnlzito.com


Certificate of Service

This Motion to Extend Time was filed with the Court through the CM/ECF system on June 17, 2024 for service on all counsel of record.

                                                       /s/ Joseph J. Zito
                                                      Joseph J. Zito


-2-